UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SEALS,<br><br>             Petitioner,<br><br>     vs.<br><br>STATE OF CALIFORNIA,<br><br>             Respondents. | Case No. CV 08-6011-GW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, but notes that the word "disagrees" on page 4, line 9 of the Report and Recommendation should read "agrees."

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) denying the Petition and dismissing this action with prejudice.

DATED: October 25, 2009

_____
HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge