# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SEALS,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 08-6011-GW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 25, 2009

_____
HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge